# LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J DE MASI
DAVID M. SCHWARTZ+

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

September 29, 2023

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.
> Dated: 10/2/2023

Re:   United States v. Claudiu-Ionut Pipan
      Case # 23-CR-404 (VSB)

Dear Judge Broderick:

I am writing to respectfully request that the Sentencing Submission filed on ECF in Case 23-cr-404 (Docket #20) yesterday, September 28, 2023, on behalf of my client, Claudiu-Ionut Pipan, be permanently Filed Under Seal. Although the filed document had been redacted, additional sensitive and private information was inadvertently left visible. I will be filing an amended Sentencing Submission which has been carefully reviewed and redacted.

I thank the Court for its consideration in this matter.

Respectfully,

Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.
Attorneys for Claudiu-Ionut Pipan

cc:   AUSA Benjamin Gianforti
      Jill Spitalieri, USPO