```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
            -v-                                             :       23-CR-404 (VSB)
                                                            :
CLAUDIU-IONUT PIPAN                                         :       ORDER
a/k/a "Rafael",                                             :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  It is hereby ORDERED that the defendant in the above captioned case, USM Number 32500-510, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: October 13, 2023
   New York, New York

                        VERNON S. BRODERICK
                        United States District Judge